UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

15-CV-23211-KMM

PHILLIP KENNEDY

    *Plaintiff,*

    vs.                         **SUMMONS IN A CIVIL CASE**

CITY OF HIALEAH, a political
Subdivision of The State of Florida:
CITY OF HIALEAH POLICE
POLICE DEPARTMENT;
COMMANDER LUIS LAHERA
COMMANDER ERNESTO CLAVIJO
CHIEF SERGIO VELAZQUEZ
CITRUS HEALTH NETWORK, INC.
And the UNITED STATES OF AMERICA

    *Defendants.*
_____/

TO:    **COMMANDER LUIS LAHERA**
        By serving:  Commander Luis Lahera
                         Hialeah Police Department
                         5555 East 8th Avenue
                         Hialeah, Florida 33013

A lawsuit has been filed against you:

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff's Counsel an answer to the attached Complaint of motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

                         **Rey Dorta, Esquire**
                         **DORTA & ORTEGA, P.A.**
                         **3860 SW 8th Street, PH**
                         **Coral Gables, FL 33134**
                         **(305)461-5454  (F)(305)461-5226**
                         rdorta@dortaandortega.com

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: Aug 27, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

15-CV-23211-KMM

PHILLIP KENNEDY

    *Plaintiff,*

vs.                        **SUMMONS IN A CIVIL CASE**

CITY OF HIALEAH, a political
Subdivision of The State of Florida:
CITY OF HIALEAH POLICE
POLICE DEPARTMENT;
COMMANDER LUIS LAHERA
COMMANDER ERNESTO CLAVIJO
CHIEF SERGIO VELAZQUEZ
CITRUS HEALTH NETWORK, INC.
And the UNITED STATES OF AMERICA

    *Defendants.*
_____/

TO:    **COMMANDER ERNESTO CLAVIJO**
        By serving :  Commander Ernesto Clavijo
                         Hialeah Police Department
                         5555 East 8th Avenue
                         Hialeah, Florida 33013

A lawsuit has been filed against you:

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff's Counsel an answer to the attached Complaint of motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

                         **Rey Dorta, Esquire**
                         **DORTA & ORTEGA, P.A.**
                         **3860 SW 8th Street, PH**
                         **Coral Gables, FL 33134**
                         **(305)461-5454 (F)(305)461-5226**
                         rdorta@dortaandortega.com

1

2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: Aug 27, 2015



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

15-CV-23211-KMM

PHILLIP KENNEDY

    *Plaintiff*,

vs.                     **SUMMONS IN A CIVIL CASE**

CITY OF HIALEAH, a political
Subdivision of The State of Florida:
CITY OF HIALEAH POLICE
POLICE DEPARTMENT;
COMMANDER LUIS LAHERA
COMMANDER ERNESTO CLAVIJO
CHIEF SERGIO VELAZQUEZ
CITRUS HEALTH NETWORK, INC.
And the UNITED STATES OF AMERICA

    *Defendants*.
_____/

TO:     **CITY OF HIALEAH, a political subdivision of**
        **The State of Florida**
        By serving    Mayor Carlos Hernandez
                           501 Palm Avenue
                           Hialeah, Florida 33010

A lawsuit has been filed against you:

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff's Counsel an answer to the attached Complaint of motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

                              **Rey Dorta, Esquire**
                              **DORTA & ORTEGA, P.A.**
                              **3860 SW 8th Street, PH**
                              **Coral Gables, FL 33134**
                              **(305)461-5454 (F)(305)461-5226**
                              rdorta@dortaandortega.com

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: Aug 27, 2015



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

15-CV-23211-KMM

PHILLIP KENNEDY

    Plaintiff,

vs.                         **SUMMONS IN A CIVIL CASE**

CITY OF HIALEAH, a political
Subdivision of The State of Florida:
CITY OF HIALEAH POLICE
POLICE DEPARTMENT;
COMMANDER LUIS LAHERA
COMMANDER ERNESTO CLAVIJO
CHIEF SERGIO VELAZQUEZ
CITRUS HEALTH NETWORK, INC.
And the UNITED STATES OF AMERICA

    Defendants.
_____/

TO:     **CITY OF HIALEAH POLICE DEPARTMENT**
        By serving :   City of Hialeah Police Department
                        5555 East 8th Avenue
                        Hialeah, Florida 33013

A lawsuit has been filed against you:

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff's Counsel an answer to the attached Complaint of motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

                                  **Rey Dorta, Esquire**
                                  **DORTA & ORTEGA, P.A.**
                                  **3860 SW 8th Street, PH**
                                  **Coral Gables, FL 33134**
                                  **(305)461-5454 (F)(305)461-5226**
                                  rdorta@dortaandortega.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: Aug 27, 2015

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

15-CV-23211-KMM

PHILLIP KENNEDY

    *Plaintiff,*

    vs.                            **SUMMONS IN A CIVIL CASE**

CITY OF HIALEAH, a political
Subdivision of The State of Florida:
CITY OF HIALEAH POLICE
POLICE DEPARTMENT;
COMMANDER LUIS LAHERA
COMMANDER ERNESTO CLAVIJO
CHIEF SERGIO VELAZQUEZ
CITRUS HEALTH NETWORK, INC.
And the UNITED STATES OF AMERICA

    *Defendants.*
_____/

TO:    **CITRUS HEALTH NETWORK, INC.**
        By serving    Registered Agent
                      Mario E. Jardon
                      4175 W. 20th Avenue
                      Hialeah, Florida 33012

A lawsuit has been filed against you:

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff's Counsel an answer to the attached Complaint of motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

                            **Rey Dorta, Esquire**
                            **DORTA & ORTEGA, P.A.**
                            **3860 SW 8th Street, PH**
                            **Coral Gables, FL 33134**
                            **(305)461-5454 (F)(305)461-5226**
                            rdorta@dortaandortega.com

1

2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: ___Aug 27, 2015___



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

15-CV-23211-KMM

PHILLIP KENNEDY

    Plaintiff,

      vs.                                **SUMMONS IN A CIVIL CASE**

CITY OF HIALEAH, a political
Subdivision of The State of Florida;
CITY OF HIALEAH POLICE
POLICE DEPARTMENT;
COMMANDER LUIS LAHERA
COMMANDER ERNESTO CLAVIJO
CHIEF SERGIO VELAZQUEZ
CITRUS HEALTH NETWORK, INC.
And the UNITED STATES OF AMERICA

    Defendants.
_____/

TO:    **CHIEF SERGIO VELAZQUEZ**
        By serving:  Chief Sergio Velazquez
                         Hialeah Police Department
                         5555 East 8th Avenue
                         Hialeah, Florida 33013

A lawsuit has been filed against you:

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff's Counsel an answer to the attached Complaint of motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

                                   **Rey Dorta, Esquire**
                                   **DORTA & ORTEGA, P.A.**
                                   **3860 SW 8th Street, PH**
                                   **Coral Gables, FL 33134**
                                   (305)461-5454 (F)(305)461-5226
                                   rdorta@dortaandortega.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: Aug 27, 2015



**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court