UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

15-CV-23211-KMM

PHILLIP KENNEDY

*Plaintiff,*

vs.                                          **SUMMONS IN A CIVIL CASE**

CITY OF HIALEAH, a political
Subdivision of The State of Florida:
CITY OF HIALEAH POLICE
POLICE DEPARTMENT;
COMMANDER LUIS LAHERA
COMMANDER ERNESTO CLAVIJO
CHIEF SERGIO VELAZQUEZ
CITRUS HEALTH NETWORK, INC.
And the UNITED STATES OF AMERICA

*Defendants.*
_____/

TO:        **UNITED STATES OF AMERICA**
           By serving :  Department of Justice
                         Room B103
                         950 Pennsylvania Avenue, N.W.
                         Washington, D.C. 20530-001

A lawsuit has been filed against you:

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff's Counsel an answer to the attached Complaint of motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

**Rey Dorta, Esquire**
**DORTA & ORTEGA, P.A.**
**3860 SW 8th Street, PH**
**Coral Gables, FL 33134**
**(305)461-5454  (F)(305)461-5226**
rdorta@dortaandortega.com

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE:    Aug 27, 2015



**SUMMONS**

*s/ Juan Ulacia*

Deputy Clerk

U.S. District Courts

Steven M. Larimore
Clerk of Court